**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                    CASE NO   **04-47045-DML**
        **Lori shelley Adamo**

                                                CHAPTER   **13**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $85,500.00 | | |
| B - Personal Property | Yes | 4 | $8,185.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $84,467.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $2,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $7,504.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,071.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,921.00 |
| Total Number of Sheets of ALL Schedules  > | | 17 | | | |
| Total Assets  > | | | $93,685.00 | | |
| Total Liabilities  > | | | | $93,971.00 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                     CASE NO   **04-47045-DML**

         **Lori shelley Adamo**

                                            CHAPTER   **13**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead located at 256 PR 3854 Poolville, TX 76487 | Homestead | C | $85,500.00 | $70,892.00 |
| | | | **$85,500.00** | **$70,892.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                         CASE NO   **04-47045-DML**

       **Lori shelley Adamo**

                                                   CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $10.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account at Weatherford National Bank  Checking Account at Wells Fargo Bank | C  C | $25.00  $100.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Sofa, Love Seat, Side Chair, Recliner, Coffee Table, End Table, Bookcase, CD Player, TV, Stereo, Lamps, VCR, Computer, Beds, Dressers, Chests, Night Stands, Clocks, Stove, Refrigerator, Microwave, Small Appliances, Pots And Pans, Dishes And Glassware, Flatware, Table & Chairs, Washer, Dryer, Electric Tools, and Lawnmower | C | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc books and pictures | C | $150.00 |
| 6. Wearing apparel. | | Clothes And Other Wearing Apparel | C | $125.00 |
| 7. Furs and jewelry. | | Ladies Watch, Wedding Rings, Chains, Necklace, Earrings, Bracelets, Rings, | C | $200.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| | | | Total  > | $2,110.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                           CASE NO    **04-47045-DML**

        **Lori shelley Adamo**

                                                                       CHAPTER    **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| | | | **Total >** | **$2,110.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                        CASE NO   **04-47045-DML**

   **Lori shelley Adamo**                                        CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Mercury Sable | C | $5,000.00 |
| | | 1985 Dodge Van (not running) | C | $500.00 |
| | | 1990 Mitsubishi (not running) | C | $500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | Total  > | $8,110.00 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                        CASE NO   **04-47045-DML**

**Lori shelley Adamo**

CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 3 dogs | C | $75.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | **Total  >** | **$8,185.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                  CASE NO   **04-47045-DML**
        **Lori shelley Adamo**

                                                                        CHAPTER   **13**

## <u>SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)</u>

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☑ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead located at 256 PR 3854 Poolville, TX 76487 | 11 U.S.C. Sec. 522(d)(1) | $14,608.00 | $85,500.00 |
| Cash | 11 U.S.C. Sec. 522(d)(5) | $10.00 | $10.00 |
| Checking Account at Weatherford National Bank | 11 U.S.C. Sec. 522(d)(5) | $25.00 | $25.00 |
| Checking Account at Wells Fargo Bank | 11 U.S.C. Sec. 522(d)(5) | $100.00 | $100.00 |
| Sofa, Love Seat, Side Chair, Recliner, Coffee Table, End Table, Bookcase, CD Player, TV, Stereo, Lamps, VCR, Computer, Beds, Dressers, Chests, Night Stands, Clocks, Stove, Refrigerator, Microwave, Small Appliances, Pots And Pans, Dishes And Glassware, Flatware, Table & Chairs, Washer, Dryer, Electric Tools, and Lawnmower | 11 U.S.C. Sec. 522(d)(3) | $1,500.00 | $1,500.00 |
| Misc books and pictures | 11 U.S.C. Sec. 522(d)(3) | $150.00 | $150.00 |
| Clothes And Other Wearing Apparel | 11 U.S.C. Sec. 522(d)(3) | $125.00 | $125.00 |
| Ladies Watch, Wedding Rings, Chains, Necklace, Earrings, Bracelets, Rings, | 11 U.S.C. Sec. 522(d)(4) | $200.00 | $200.00 |
| 2001 Mercury Sable | 11 U.S.C. Sec. 522(d)(2) 11 U.S.C. Sec. 522(d)(5) | $2,950.00 $1,457.00 | $5,000.00 |
| 1985 Dodge Van (not running) | 11 U.S.C. Sec. 522(d)(2) | $500.00 | $500.00 |
| | | **$21,625.00** | **$93,110.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                CASE NO   **04-47045-DML**

**Lori shelley Adamo**                                 CHAPTER   **13**

## <u>SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)</u>

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1990 Mitsubishi (not running) | 11 U.S.C. Sec. 522(d)(5) | $500.00 | $500.00 |
| 3 dogs | 11 U.S.C. Sec. 522(d)(3) | $75.00 | $75.00 |
| | | **$22,200.00** | **$93,685.00** |

IN RE: **John Henry Adamo**
_____
Debtor

**Lori shelley Adamo**
_____
Joint Debtor

CASE NO **04-47045-DML**
_____
(If Known)

CHAPTER **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx xxxx XQ87**<br><br>**Ford Motor Credit**<br>**PO BOX 152271**<br>**Irving, TX  75015** | X | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**1999 Chevrolet**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$5,000.00** | | | | $8,000.00 | $3,000.00 |
| ACCT #:<br><br>**Fresh Start**<br>**2817 Alta Mere**<br>**Ft Worth, Texas 76116** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**2001 Mercury Sable**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$5,000.00** | | | | $593.00 | |
| ACCT #: **xxxx9828**<br><br>**Litton Loan Servicing LP**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$85,500.00** | | | | $70,892.00 | |
| ACCT #: **xxxx9828**<br><br>**Litton Loan Servicing LP**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | C | DATE INCURRED:      **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$4,200.00** | | | | $4,200.00 | |
| ACCT #: **xxxxx-xx80-00**<br><br>**Wise County Tax Assessor**<br>**404 W Walnut**<br>**Decatur, TX  76234** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>COLLATERAL VALUE:    **$782.00** | | | | $782.00 | |

_____**No**_____continuation sheets attached

| | |
|---|---|
| Total for this Page (Subtotal) > | $84,467.00 | $3,000.00 |
| Running Total > | $84,467.00 | $3,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                    CASE NO   **04-47045-DML**
         **Lori shelley Adamo**
                                                                 CHAPTER   **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation  sheets  attached

IN RE:  **John Henry Adamo**

_____
Debtor

**Lori shelley Adamo**
_____
Joint Debtor

CASE NO  **04-47045-DML**
_____
(If Known)

CHAPTER  **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Administrative allowances |
| --- | --- |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #:<br>**Law Office of Jim Morrison, PC**<br>**2001 Beach Street, Suite 514**<br>**Fort Worth, TX  76103** | | C | DATE INCURRED:   **08/03/2004**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,000.00 | $2,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | Total for this Page (Subtotal) > | $2,000.00 | $2,000.00 |
| --- | --- | --- | --- |
| | Running Total > | $2,000.00 | $2,000.00 |

IN RE: **John Henry Adamo**
_____
                                    Debtor

**Lori shelley Adamo**
_____
                                 Joint Debtor

CASE NO  **04-47045-DML**
_____
                                    (If Known)

CHAPTER  **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Attorney-In-Charge/US Attorney**<br>**10260 North Central Expressway Ste 210**<br>**Dallas, TX 75231** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Barrett Burke, et al.**<br>**15000 Surveyor Blvd**<br>**Suite 100**<br>**Addison, TX  75001** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx5503**<br>**Campbell Health Systems**<br>**713 E Anderson Street**<br>**Weatherford, TX  76086** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | **$546.00** |
| ACCT #:  **xxxx8509**<br>**Direct TV**<br>**3631 Warren Way**<br>**Reno, NV 89509** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cable**<br>REMARKS: | | | | **$200.00** |
| ACCT #:  **xxxxxxxxxxxx9930**<br>**First Premier Bank**<br>**PO BOX  5519**<br>**Sioux Falls, SD  57117-5519** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$411.00** |
| ACCT #:  **xxxxxxxx6006**<br>**Harris Methodist Fort Worth**<br>**6000 Western Place #540**<br>**Fort Worth, TX  76107-4660** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | **$118.00** |
| ACCT #:<br>**IRS**<br>**Mail Code 5024 Dal**<br>**1100 Commerce Street**<br>**Room 9B8**<br>**Dallas, TX  75242** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

_____**2**_____continuation sheets attached

Total for this Page (Subtotal) >     | **$1,275.00**

Running Total >     | **$1,275.00**

IN RE: **John Henry Adamo**

Debtor

**Lori shelley Adamo**

Joint Debtor

CASE NO **04-47045-DML**

(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Jane J. Boyle**<br>**Burnett Plaza, Suite 1700**<br>**801 Cherry Street, Unit 4**<br>**Fort Worth,TX 76102-6882** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John Ashcroft/U S Attorney General**<br>**U S Department of Justice**<br>**950 Pennsylvania Ave, NW**<br>**Washington, DC 20530-0001** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x4130**<br>**Metroplex Surgicare**<br>**1600 Central Drive**<br>**Suite 180**<br>**Bedford, TX  76022** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | **$2,016.00** |
| ACCT #:  **xxxxxxx4907**<br>**Monterey Collection Services**<br>**PO Box 4658**<br>**Carlsbad, CA 92018** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Buyers Club**<br>REMARKS: | | | | **$1,502.00** |
| ACCT #:  **xxEM6R**<br>**Nationwide Insurance**<br>**c/o NCO Financial Systems**<br>**PO Box 41457**<br>**Philadelphia, PA 19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Car Insurance.**<br>REMARKS: | | | | **$184.00** |
| ACCT #:  **xxx2626**<br>**North Hills Hospital c/o**<br>**Attention L.L.C.**<br>**220 Sunset Blvd Ste A**<br>**Sherman, Texas 75092** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | **$794.00** |
| ACCT #:  **1490**<br>**Ortho & Sports Medicine Clinic**<br>**425 Westpark Way Ste A**<br>**Euless, Texas 76040** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | **$257.00** |

| | |
|---|---|
| Total for this Page (Subtotal) > | $4,753.00 |
| Running Total > | $6,028.00 |

IN RE: **John Henry Adamo**

            Debtor

     **Lori shelley Adamo**

            Joint Debtor

CASE NO  **04-47045-DML**

        (If Known)

CHAPTER  **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx9328**<br>**P. Dwight Berry MD**<br>**PO Box 29**<br>**Fort Worth,TX 76101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | $38.00 |
| ACCT #:  **xx4907**<br>**Pinnacle Anesthesia**<br>**PO BOX 971644**<br>**Dallas, TX  75397** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | $588.00 |
| ACCT #:<br>**Rufe Snow Clinic**<br>**6651 Watauga Rd #104**<br>**Watauga, Texa 76148** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Expenses**<br>REMARKS: | | | | $179.00 |
| ACCT #:  **xx0482**<br>**Sprint**<br>**PO BOX 650270**<br>**Dallas, TX  75265** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Old Cellular Service**<br>REMARKS: | | | | $361.00 |
| ACCT #:  **xx0459**<br>**Sprint**<br>**PO BOX 650270**<br>**Dallas, TX  75265** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Old Cellular Service**<br>REMARKS: | | | | $310.00 |
| ACCT #:<br>**Weatherford National Bank**<br>**P.O. Drawer 259**<br>**101 N. Main Street**<br>**Weatherford,TX 76086** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |

| | |
|---|---|
| Total for this Page (Subtotal) > | $1,476.00 |
| Running Total > | $7,504.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                    CASE NO    **04-47045-DML**
        **Lori shelley Adamo**
                                                               CHAPTER    **13**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                          CASE NO   **04-47045-DML**
         **Lori shelley Adamo**
                                                       CHAPTER   **13**

## <u>SCHEDULE H (CODEBTORS)</u>

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Emily Adamo**<br>256 PR 3854<br>Poolville, Texas 76487 | **Ford Motor Credit**<br>PO BOX 152271<br>Irving, TX  75015 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                    CASE NO   **04-47045-DML**

        **Lori shelley Adamo**

                                             CHAPTER   **13**

## <u>SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))</u>

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | | | | | | |

| Employment | Debtor | | Spouse | | |
|---|---|---|---|---|---|
| Occupation | Disabled | | Office | | |
| Name of Employer | | | Your Family Doctor | | |
| How Long Employed | | | 2 wks | | |
| Address of Employer | | | Springtown, Texas | | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $0.00 | $1,500.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | **$0.00** | **$1,500.00** |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $0.00 | $50.00 |
|     B. Social Security Tax | $0.00 | $80.00 |
|     C. Insurance | $0.00 | $0.00 |
|     D. Union dues | $0.00 | $0.00 |
|     E. Retirement | $0.00 | $0.00 |
|     F. Other (specify) _____ | $0.00 | $0.00 |
|     G. Other (specify) _____ | $0.00 | $0.00 |
|     *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$0.00** | **$130.00** |
| ***TOTAL NET MONTHLY TAKE HOME PAY*** | **$0.00** | **$1,370.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $701.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|     1._____ | $0.00 | $0.00 |
|     2._____ | $0.00 | $0.00 |
|     3._____ | $0.00 | $0.00 |
| ***TOTAL MONTHLY INCOME*** | **$701.00** | **$1,370.00** |

## TOTAL COMBINED MONTHLY INCOME  $2,071.00   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                    CASE NO   **04-47045-DML**
        **Lori shelley Adamo**
                                                                CHAPTER   **13**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $800.00 |
| Are real estate taxes included?        ☐ Yes   ☑ No | |
| Is property insurance included?        ☑ Yes   ☐ No | |
| **Utilities:**  Electricity and heating fuel | $200.00 |
|             Water and sewer | $44.00 |
|             Telephone | $65.00 |
|             Other: | |
| Home maintenance (repairs and upkeep) | $35.00 |
| Food | $300.00 |
| Clothing | $25.00 |
| Laundry and dry cleaning | $25.00 |
| Medical and dental expenses (not covered by insurance) | $50.00 |
| Transportation (not including car payments) | $125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
|             Homeowner's or renter's | $105.00 |
|             Life | |
|             Health | |
|             Auto | $72.00 |
|             Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
|             Auto | |
|             Other: | |
|             Other: | |
|             Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other:  Hair Cuts | $25.00 |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$1,921.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $2,071.00 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $1,921.00 |
| C. Excess income (A minus B) | $150.00 |
| D. Total amount to be paid into plan each        *Monthly*        (interval) | $150.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                CASE NO   **04-47045-DML**
                **Lori shelley Adamo**
                                                            CHAPTER   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **18**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **08/09/2004**                              Signature   **/s/ John Henry Adamo**
                                                            *John Henry Adamo*

Date  **08/09/2004**                              Signature   **/s/ Lori shelley Adamo**
                                                            *Lori shelley Adamo*

                                                  [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                          CASE NO   **04-47045-DML**

**Lori shelley Adamo**                                         CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| -0- | **2004 YTD Income from earnings (Husband)** |
| -0- | **2003 Income from earnings (Husband)** |
| -0- | **2002 Income from earnings (Husband)** |
| | |
| $11,040.00 | **2004 YTD Income from earnings (Wife)** |
| $21,908.00 | **2003 Income from earnings (Wife)** |
| $15,553.00 | **2002 Income from earnings (Wife)** |

---

**2. Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,394.00 | **2004 YTD Income from SS** |
| $8,352.00 | **2003 Income from SS** |

---

**3. Payments to creditors**

None

☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Fresh Start** | **July 16, 2004** | **$300.00** | **$593.00** |
| **2817 Alta Mere** | | | |
| **Ft Worth, Texas 76116** | | | |

---

None

☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                   CASE NO    **04-47045-DML**

       **Lori shelley Adamo**

                                                                        CHAPTER    **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None
☑        b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑        a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑        b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑        List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                    CASE NO   **04-47045-DML**

           **Lori shelley Adamo**
                                                                                                    CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☑

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None ☑

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☑

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

    List all property owned by another person that the debtor holds or controls.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                    CASE NO   **04-47045-DML**

**Lori shelley Adamo**

CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                    CASE NO   **04-47045-DML**

**Lori shelley Adamo**                          CHAPTER   **13**

## <u>STATEMENT OF FINANCIAL AFFAIRS</u>

*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None
☑

    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

---

None
☑

    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☑

    a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑

    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑

    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                                         CASE NO   **04-47045-DML**

**Lori shelley Adamo**

CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None   **20. Inventories**

☑        a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None        b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☑

---

None   **21. Current Partners, Officers, Directors and Shareholders**

☑        a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None        b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,

☑    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

None   **22. Former partners, officers, directors and shareholders**

☑        a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None        b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

☑    preceding the commencement of this case.

---

None   **23. Withdrawals from a partnership or distributions by a corporation**

☑        If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None   **24. Tax Consolidation Group**

☑        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                   CASE NO     **04-47045-DML**

         **Lori shelley Adamo**

                                                   CHAPTER     **13**

## <u>STATEMENT OF FINANCIAL AFFAIRS</u>

*Continuation Sheet No. 6*

---

**25. Pension Funds**

None

☑

       If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                          CASE NO   **04-47045-DML**

       **Lori shelley Adamo**

                                                                    CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 7*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

    I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**8**_____ sheets, and that they are true and correct.

Date **08/09/2004** _____      Signature _____ **/s/ John Henry Adamo** _____
                                         of Debtor      **John Henry Adamo**

Date **08/09/2004** _____      Signature _____ **/s/ Lori shelley Adamo** _____
                                         of Joint Debtor  **Lori shelley Adamo**
                                       (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **John Henry Adamo**                                          CASE NO   **04-47045-DML**

**Lori shelley Adamo**

*Debtor(s)*                                                          CHAPTER   **13**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation  ($209.00 filing fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income  ($194.00 filing fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization  ($830.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer  ($230.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice on this_9th_____day of__August_____, __2004__.


_/s/ John Henry Adamo_____          **/s/ Lori shelley Adamo**_____

*John Henry Adamo*                                          *Lori shelley Adamo*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **John Henry Adamo**                                          CASE NO   **04-47045-DML**

         **Lori shelley Adamo**
         *Debtor(s)*                                                CHAPTER   **13**

## VERIFICATION OF MAILING LIST

    In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[  ] is the first mailing list filed in this case.

[  ] adds entities not listed on previously filed mailing list(s).

[  ] changes or corrects names and address on previously filed mailing lists.

Date  08/09/2004 _____          Signature  /s/ John Henry Adamo _____
                                                  *John Henry Adamo*

Date  08/09/2004 _____          Signature  /s/ Lori shelley Adamo _____
                                                  *Lori shelley Adamo*

                                            /s/ Jim Morrison _____
                                            *Jim Morrison*
                                          *14519050*
                                          *Law Office of Jim Morrison, PC*
                                          *2001 Beach Street, Suite 514*
                                          *Fort Worth, TX  76103*
                                          *(817) 535-9900*

Campbell Health Systems
xxxxxx5503
713 E Anderson Street
Weatherford, TX   76086

Direct TV
xxxx8509
3631 Warren Way
Reno, NV 89509

Emily Adamo
256 PR 3854
Poolville, Texas 76487

First Premier Bank
xxxxxxxxxxxx9930
PO BOX  5519
Sioux Falls, SD   57117-5519

Ford Motor Credit
xx xxxx XQ87
PO BOX 152271
Irving, TX   75015

Harris Methodist Fort Worth
xxxxxxxx6006
6000 Western Place #540
Fort Worth, TX   76107-4660

Metroplex Surgicare
x4130
1600 Central Drive
Suite 180
Bedford, TX   76022

Monterey Collection Services
xxxxxxx4907
PO Box 4658
Carlsbad, CA 92018

Nationwide Insurance
xxEM6R
c/o NCO Financial Systems
PO Box 41457
Philadelphia, PA 19101

North Hills Hospital c/o
xxx2626
Attention L.L.C.
220 Sunset Blvd Ste A
Sherman, Texas 75092

Ortho & Sports Medicine Clinic
1490
425 Westpark Way Ste A
Euless, Texas 76040

P. Dwight Berry MD
xx9328
PO Box 29
Fort Worth,TX 76101

Pinnacle Anesthesia
xx4907
PO BOX 971644
Dallas, TX  75397

Rufe Snow Clinic
6651 Watauga Rd #104
Watauga, Texa 76148

Sprint
xx0482
PO BOX 650270
Dallas, TX  75265

Sprint
xx0459
PO BOX 650270
Dallas, TX  75265

Wise County Tax Assessor
xxxxx-xx80-00
404 W Walnut
Decatur, TX  76234